# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA


FILED
SEP 3 0 2020
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

IN RE: Kathy S. Robinson      CASE NO: 18-11381

## APPLICATION AND NOTICE FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant(s) identified below, who avers that the unclaimed funds requested below are now on deposit in the Treasury of the United States and that claimant is the rightful owner of said funds. Accordingly, claimant(s) petitions the Court for an Order directing payment of the unclaimed funds to claimant(s) at the address listed below.

**NAME OF CLAIMANT:** Kathy S. Robinson
**NAME OF CO-CLAIMANT:**
**CURRENT ADDRESS:** PO Box 29124
Shreveport, La. 71149

**TELEPHONE NUMBER:**

| Held in the name of: | Date of Transmittal | Amount |
|---|---|---|
| Kathy S. Robinson | 6-13-19 | 724.50 |
| | 6-13-19 | 1554.63 |

**TOTAL Amount of Unclaimed Funds Requested:** $2,279.13

Claimant(s) certifies under penalty of perjury that all statements made by Claimant(s) on this petition and any attachments are, to the best of Claimant(s) knowledge, true and correct and that a copy of this petition has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101.

Parties have 21 days to object to this application. If an objection is filed, the court will set and notice it for a hearing. The filing and entry of this application on the docket of the case in CM/ECF shall constitute notice by electronic service pursuant to LBR 9036-1.

Date: 9-30-20

**Individual Claimant/Co-claimant:** Kathy S. Robinson
Claimant's Signature Kathy S. Robinson

**Business Claimant:**
Business Representative Signature

Co-claimant's Signature (if applicable)     Printed Name/Title

State of LOUISIANA
Parish/County of CADDO
Subscribed and sworn to before me this 30th day of September, 2020

Debra S. Brown
Notary Public
My commission expires: For Life

Debra S. Brown #1543
Notary Public
Caddo Parish, LA
My Commission is for Life